**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MAUI JIM, INC., an Illinois Corporation | ) | |
| | ) | Case No. 1:16-cv-09788 |
| Plaintiff, | ) | |
| | ) | District Judge Marvin E. Aspen |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| SMARTBUY GURU ENTERPRISES, a | ) | |
| Cayman Island Company, MOTION | ) | **DEFENDANTS' MOTION FOR SUMMARY** |
| GLOBAL LTD., a Hong Kong Company, | ) | **JUDGMENT** |
| SMARTBUYGLASSES SOCIETÁ A | ) | |
| RESPONSABILITÁ LIMITATA, an | ) | |
| Italian Company, SMARTBUYGLASSES | ) | |
| OPTICAL LIMITED, a Hong Kong | ) | |
| company, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants SmartBuy Guru Enterprises, Motion Global Ltd., SmartBuyGlasses Societá a Responsabilitá Limitata, and SmartBuyGlasses Optical Limited (collectively "SmartBuyGlasses") hereby move (the "Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment against Plaintiff Maui Jim, Inc. ("Maui Jim"). In support of the Motion, SmartBuyGlasses submits the accompanying Memorandum in Support of its Motion for Summary Judgment, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, SmartBuyGlasses respectfully requests that this Court:

A.      grant this Motion in its entirety;

B.      enter summary judgment for SmartBuyGlasses and against Maui Jim on all counts of Maui Jim's Second Amended Complaint (Dkt. 257);

C.      enter summary judgment for SmartBuyGlasses and against Maui Jim on Count II and Count VII of SmartBuyGlasses' Amended Counterclaim (Dkt. 259); and

{8248863: }

D.      award SmartBuyGlasses such other and further relief as is appropriate.


Dated: August 2, 2019                              Respectfully submitted,

                                                   SMARTBUY GURU ENTERPRISES, MOTION
                                                   GLOBAL       LTD.,      SMARTBUYGLASSES
                                                   SOCIETÁ A RESPONSABILITÁ LIMITATA,
                                                   SMARTBUYGLASSES OPTICAL LIMITED

                                                   By: /s/ Stephen J. Rosenfeld
                                                   One of their attorneys

                                                   Stephen J. Rosenfeld (Bar No. 6216769)
                                                   Jennifer D. Armstrong
                                                   Jacob D. Radecki
                                                   McDonald Hopkins LLC
                                                   300 North LaSalle, Suite 1400
                                                   Chicago, IL 60654
                                                   Phone: (312) 642-6103
                                                   Attorneys for Defendants
                                                   E-mail: srosenfeld@mcdonaldhopkins.com
                                                       jarmstrong@mcdonaldhopkins.com
                                                       jradecki@mcdonaldhopkins.com

## CERTIFICATE OF SERVICE

This is to certify that on August 2, 2019, Stephen J. Rosenfeld, an attorney, caused to be served a true and correct copy of the foregoing document via electronic mail on all counsel of record who have consented to electronic service.

/s/ *Stephen J. Rosenfeld*

{8248863: }