# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation ) | |
| ) | Case No. 1:16-cv-09788 |
| Plaintiff, ) | |
| ) | District Judge Marvin E. Aspen |
| v. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| SMARTBUY GURU ENTERPRISES, a ) | |
| Cayman Island Company, MOTION ) | **DEFENDANTS' MOTION TO EXCLUDE** |
| GLOBAL LTD., a Hong Kong Company, ) | **SURVEY AND TESTIMONY OF BRIAN M.** |
| SMARTBUYGLASSES SOCIETÁ A ) | **SOWERS** |
| RESPONSABILITÁ LIMITATA, an ) | |
| Italian Company, SMARTBUYGLASSES ) | |
| OPTICAL LIMITED, a Hong Kong ) | |
| company, ) | |
| ) | |
| Defendants. ) | |

Defendants SmartBuy Guru Enterprises, Motion Global Ltd., SmartBuyGlasses Societá a Responsabilitá Limitata, and SmartBuyGlasses Optical Limited (collectively "SmartBuyGlasses") hereby move (the "Motion") pursuant to Rules 702 and 403 of the Federal Rules of Evidence, to exclude the survey and testimony of Brian M. Sowers, Plaintiff Maui Jim, Inc.'s purported expert. In support of the Motion, SmartBuyGlasses submits the accompanying Memorandum in Support of its Motion to Exclude Survey and Testimony of Brian M. Sowers, filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, SmartBuyGlasses respectfully requests that this Court:

A.     grant this Motion in its entirety;

B.     exclude Mr. Sowers' survey and any related testimony; and

C.     award SmartBuyGlasses such other and further relief as is appropriate.

{8248943: }

Dated: August 2, 2019	Respectfully submitted,

SMARTBUY GURU ENTERPRISES, MOTION GLOBAL LTD., SMARTBUYGLASSES SOCIETÁ A RESPONSABILITÁ LIMITATA, SMARTBUYGLASSES OPTICAL LIMITED

By: /s/ Stephen J. Rosenfeld
One of their attorneys

Stephen J. Rosenfeld (Bar No. 6216769)
Jennifer D. Armstrong
Jacob D. Radecki
McDonald Hopkins LLC
300 North LaSalle, Suite 1400
Chicago, IL 60654
Phone: (312) 642-6103
Attorneys for Defendants
E-mail: srosenfeld@mcdonaldhopkins.com
    jarmstrong@mcdonaldhopkins.com
    jradecki@mcdonaldhopkins.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on August 2, 2019, Stephen J. Rosenfeld, an attorney, caused to be served a true and correct copy of the foregoing document via electronic mail on all counsel of record who have consented to electronic service.

                                                    /s/ *Stephen J. Rosenfeld*

{8248943: }