UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUI JIM, INC.,<br>an Illinois Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SMARTBUY GURU ENTERPRISES, a Cayman Island Company, MOTION GLOBAL LTD., a Hong Kong Company, SMARTBUYGLASSES SOCIETÁ A RESPONSABILITÁ LIMITATA, an Italian Company, SMARTBUYGLASSES OPTICAL LIMITED, a Hong Kong Company,<br><br>    Defendants. | Case No. 16-cv-09788<br><br>Hon. Marvin E. Aspen |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON
DEFENDANTS' DEFAMATION AND UNJUST ENRICHMENT CLAIMS**

In accordance with the Court's minute entry of July 15, 2019 (ECF 407), Plaintiff hereby moves for summary judgment on Defendants' defamation and unjust enrichment claims. *See* Counts II and VII of Defendants' Second Amended Counterclaim (ECF 259). Plaintiff submits with this Motion a Memorandum that applies the material facts not in genuine dispute to the relevant law. For the reasons set forth in the Memorandum, Plaintiff is entitled to summary judgment on Defendants' defamation and unjust enrichment claims under Fed.R.Civ.P. 56(a).

Respectfully submitted,

*/s/ John Gabrielides*
John Gabrielides (Illinois Bar No. 6198323)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606

1

DMS 14869685.1

(312) 357-1313
jgabrielides@btlaw.com

Michelle M. Mikol (Illinois Bar No. 6290243)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue NW, Suite 500
Washington, DC 20006
(202) 371-6356
mmikol@btlaw.com

Attorneys for Plaintiff