UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUI JIM, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SMARTBUY GURU ENTERPRISES, a Cayman Island Company, MOTION GLOBAL LTD., a Hong Kong Company, SMARTBUYGLASSES SOCIETÀ A RESPONSABILITÀ LIMITATA, an Italian company, SMARTBUYGLASSES OPTICAL LIMITED, a Hong Kong company,<br><br>Defendants. | No. 16-cv-09788<br><br>Judge Aspen |

## WITHDRAWAL OF ECF 525

Proposed intervenor Prof. Rebecca Tushnet, by and through her undersigned counsel, and with the consent of counsel for Plaintiff and Defendants, hereby withdraws without prejudice Tushnet's motion to unseal certain documents (ECF 525) to allow final implementation of the parties' settlement agreement.

Respectfully submitted,

/s/ Paul Alan Levy
Paul Alan Levy
Robin Potter
plevy@citizen.org
Public Citizen Litigation Group
1600 20th Street, NW
Washington, D.C. 20009

**Attorneys for Proposed Intervenor**

1

| | |
|---|---|
| */s/ Jacob D. Radecki* | */s/ John Gabrielides* |
| Stephen J. Rosenfeld (IL Bar No. 6216769) | John Gabrielides (IL Bar No. 6198323) |
| srosenfeld@mcdonaldhopkins.com | BARNES & THORNBURG LLP |
| Jacob D. Radecki | One North Wacker Drive, Suite 4400 |
| jradecki@mcdonaldhopkins.com | Chicago, IL 60606 |
| MCDONALD HOPKINS LLC | (312) 357-1313 |
| 300 North LaSalle, Suite 1400 | jgabrielides@btlaw.com |
| Chicago, IL 60654 | |
| (312) 642-6103 | Michelle M. Mikol (IL Bar No. 6290243) |
| | BARNES & THORNBURG LLP |
| **Attorneys for Defendants** | 1717 Pennsylvania Avenue NW, Suite 500 |
| | Washington, DC 20006 |
| | (202) 371-6356 |
| | mmikol@btlaw.com |
| | |
| | **Attorneys for Plaintiff** |